William Huel
1609 Meteven Dr
COPLEY OH 44321

| Employee ID | 001901218 |
|---|---|
| Location | 2213 Wadsworth OH |
| Job Title | Cleaner |
| Pay Rate | |

To view your tax withholdings,
go to Workday > Pay > View Tax Elections

## HOURS AND EARNINGS

| | Pay Period | | | Current | | YTD | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 05/14/2022 | 05/27/2022 | 22.2 | 76.07 | 1,688.77 | 518.54 | 11,511.66 |
| Discretionary Bonus | | | 0 | | | 0 | 900.00 |
| Holiday | | | 0 | | | 16 | 355.20 |
| Warning Program | | | 0 | | | 0 | 121.96 |
| STD | | | 0 | | | 0 | 3,195.80 |
| Sick Pay | | | 0 | | | 9.25 | 205.35 |
| Vacation | | | 0 | | | 56 | 1,243.26 |
| TOTAL | | | | 76.07 | 1,688.77 | 518.54 | 17,434.19 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 104.70 | 1,080.92 |
| Medicare | 24.49 | 252.80 |
| Federal Withholding | 46.15 | 67.15 |
| State Tax OH | 36.41 | 355.96 |
| City WDSWT | 23.64 | 244.07 |
| TOTAL | 235.42 | 2,364.60 |

| TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| 1,688.77 | 1,688.77 | 235.42 | 0.00 | 1,463.35 |
| 17,434.19 | | 2,304.60 | 0.00 | 15,129.59 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 1,463.35 |
| TOTAL | | | 1,463.35 |

MESSAGE: 1. Taxable Employer Paid Benefit
2. Total Gross and YTD Hours in the HOURS AND EARNINGS section above are Total Hours Worked

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| Pay Group: | USHI |
| Pay Begin Date: | 04/30/2022 |
| Pay End Date: | 05/13/2022 |

Check #:
Check Date: 05/20/2022

**William Huet**
1609 Moreview Dr
COPLEY, OH 44321

| Employee ID: | 0019012118 |
| Location: | 2213-Wadsworth, OH |
| Job Title: | Cashier |
| Pay Rate: | |

**TAX DATA:**

To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| | ------- Pay Period ------- | | | ------- Current ------- | | ------- YTD ------- | |
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 04/30/2022 | 05/13/2022 | 22.2 | 52.86 | 1,173.50 | 442.47 | 9,822.89 |
| Sick Pay | 04/30/2022 | 05/06/2022 | 22.2 | 1.85 | 41.07 | 9.25 | 205.35 |
| Discretionary Bonus | | | 0 | | | 0 | 800.00 |
| Holiday | | | 0 | | | 16 | 355.20 |
| Winning Together | | | 0 | | | 0 | 121.98 |
| STD | | | 0 | | | 0 | 3,196.80 |
| Vacation | | | 0 | | | 56 | 1,243.20 |
| **TOTAL:** | | | | 52.86 | 1,214.57 | 442.47 | 15,745.42 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 75.31 | 976.22 |
| Medicare | 17.61 | 228.31 |
| Federal Withholding | 0.00 | 335.27 |
| State Tax - OH | 21.92 | 318.95 |
| City - WDSWT | 17.00 | 220.43 |
| **TOTAL:** | 131.84 | 2,079.18 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,214.57 | 0.00 | 131.84 | 0.00 | 1,082.73 |
| YTD | 15,745.42 | 0.00 | 2,079.18 | 0.00 | 13,666.24 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 1082.73 |
| **TOTAL:** | | | 1082.73 |

**MESSAGE:** #1 Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

| | |
|---|---|
| Pay Group: | USHI |
| Pay Begin Date: | 04/16/2022 |
| Pay End Date: | 04/29/2022 |

Check #:
Check Date: 05/06/2022

**William Huet**
1609 Moreview Dr
COPLEY, OH 44321

| | |
|---|---|
| Employee ID: | 001901218 |
| Location: | 2213-Wadsworth, OH |
| Job Title: | Cashier |
| Pay Rate: | |

**TAX DATA:**

To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| | | ------ Pay Period ------ | | ------ Current ------ | | ------- YTD ------- | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Begin Date | End Date | Hours | Earnings | Hours | Earnings |
| Sick Pay | 22.2 | 04/23/2022 | 04/29/2022 | 3.7 | 82.14 | 7.4 | 164.28 |
| Regular | 22.2 | 04/16/2022 | 04/29/2022 | 60.05 | 1,333.12 | 389.61 | 8,649.39 |
| Discretionary Bonus | 0 | | | | | 0 | 800.00 |
| Holiday | 0 | | | | | 16 | 355.20 |
| Winning Together | 0 | | | | | 0 | 121.98 |
| STD | 0 | | | | | 0 | 3,196.80 |
| Vacation | 0 | | | | | 56 | 1,243.20 |
| **TOTAL:** | | | | **60.05** | **1,415.26** | **389.61** | **14,530.85** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 87.74 | 900.91 |
| Medicare | 20.52 | 210.70 |
| Federal Withholding | 0 | 335.27 |
| State Tax - OH | 8.83 | 297.03 |
| City - WDSWT | 27.95 | 203.43 |
| | 19.81 | |
| **TOTAL:** | **164.85** | **1,947.34** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,415.26 | 0.00 | 164.85 | 0.00 | 1,250.41 |
| YTD | 14,530.85 | 0.00 | 1,947.34 | 0.00 | 12,583.51 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 1250.41 |
| **TOTAL:** | | | 1250.41 |

**MESSAGE:** #1 Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3

**Lowe's Home Centers, LLC**
1000 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

Pay Group: USHI
Pay Begin Date: 04/02/2022
Pay End Date: 04/15/2022

Check #:
Check Date: 04/22/2022

**TAX DATA:**

William Huet
1609 Moreview Dr
COPLEY, OH 44321

Employee ID: 001901218
Location: 2213-Wadsworth, OH
Job Title: Cashier
Pay Rate:

To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| | ------ Pay Period ------ | | | -------- Current -------- | | -------- YTD -------- | |
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 04/09/2022 | 04/15/2022 | 22.2 | 38.63 | 857.59 | 329.56 | 7,316.27 |
| Vacation | 04/02/2022 | 04/08/2022 | 22.2 | 40 | 888.00 | 56 | 1,243.20 |
| Discretionary Bonus | | | | 0 | | 0 | 800.00 |
| Holiday | | | | 0 | | 16 | 355.20 |
| Winning Together | | | | 0 | | 0 | 121.98 |
| STD | | | | 0 | | 0 | 3,196.80 |
| Sick Pay | | | | 0 | | 3.7 | 82.14 |
| **TOTAL:** | | | | 38.63 | 1,745.59 | 329.56 | 13,115.59 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 108.23 | 813.17 |
| Medicare | 25.31 | 190.18 |
| Federal Withholding | 41.87 | 326.44 |
| State Tax - OH | 38.40 | 269.08 |
| City - WDSWT | 24.44 | 183.62 |
| **TOTAL:** | 238.25 | 1,782.49 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,745.59 | 0.00 | 238.25 | 0.00 | 1,507.34 |
| YTD | 13,115.59 | 0.00 | 1,782.49 | 0.00 | 11,333.10 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 1507.34 |
| **TOTAL:** | | | 1507.34 |

MESSAGE: #1 Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3

**Lowe's Home Centers, LLC**
10001 Lowe's Boulevard
Mooresville, NC 28117-8520
1-844-475-6937

Pay Group: USHI
Pay Begin Date: 03/19/2022
Pay End Date: 04/01/2022

Check #:
Check Date: 04/08/2022

**TAX DATA:**

William Huet
1609 Moreview Dr
COPLEY, OH 44321

Employee ID: 001901218
Location: 2213-Wadsworth, OH
Job Title: Cashier
Pay Rate:

To view your tax withholdings,
go to Workday -> Pay -> View Tax Elections

## HOURS AND EARNINGS

| Description | ------- Pay Period ------- Begin Date | End Date | Rate | ------- Current ------- Hours | Earnings | ------- YTD ------- Hours | Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 03/19/2022 | 04/01/2022 | 22.2 | 72.22 | 1,603.29 | 290.93 | 6,458.68 |
| Discretionary Bonus | | | 0 | | | 0 | 800.00 |
| Holiday | | | 0 | | | 16 | 355.20 |
| Winning Together | | | 0 | | | 0 | 121.98 |
| STD | | | 0 | | | 0 | 3,196.80 |
| Sick Pay | | | 0 | | | 3.7 | 82.14 |
| Vacation | | | 0 | | | 16 | 355.20 |
| **TOTAL:** | | | | 72.22 | 1,603.29 | 290.93 | 11,370.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| OASDI | 99.40 | 704.94 |
| Medicare | 23.25 | 164.87 |
| Federal Withholding | 27.64 | 284.57 |
| State Tax - OH | 33.59 | 230.68 |
| City - WDSWT | 22.45 | 159.18 |
| **TOTAL:** | 206.33 | 1,544.24 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,603.29 | 0.00 | 206.33 | 0.00 | 1,396.96 |
| YTD | 11,370.00 | 0.00 | 1,544.24 | 0.00 | 9,825.76 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | | 1396.96 |
| **TOTAL:** | | | 1396.96 |

**MESSAGE:** #1 *Taxable Employer Paid Benefit
#2 TOTAL Current and YTD Hours under HOURS AND EARNINGS section above are Total Hours Worked.
#3



## Payslip   William Huet (001901218), 03/18/2022 (Regular) - Complete

Previous Payslip     Return to My Payslips     Print Multiple Payslips

Payslip 03_18_2022.pdf

Get the Workday Mobile App
Your Organization ID: lowes

Welcome to the New Tables View
Tables now have improved performance
and accessibility
Read More

### Company Information  1 item

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>United States of America | +1 844 475 6937 |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| William Huet | 001901218 | 03/05/2022 | 03/18/2022 | 03/25/2022 | |

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 52.90 | 1,256.53 | 0.00 | 136.90 | 0.00 | 1,119.63 |
| YTD | 218.71 | 9,766.71 | 0.00 | 1,337.91 | 0.00 | 8,428.80 |

## Earnings 7 items

Turn off the new tables view

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Discretionary Bonus | | | | | 890.00 |
| Holiday | | | | | 355.20 |
| Regular | 03/05/2022 - 03/18/2022 | 52.90 | 22.20 | 1,174.39 | 4,655.59 |
| Winning Together | | | | | 121.98 |
| STD | | | | | 3,196.80 |
| Sick Pay | 03/05/2022 - 03/11/2022 | 3.70 | 22.20 | 82.14 | 82.14 |
| Vacation | | | | | 355.20 |
| | | | Total: | 1,256.53 | 9,766.71 |

## Employee Taxes 6 items

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| OASDI | 77.91 | 605.51 |
| Medicare | 18.22 | 141.62 |
| Federal Withholding | | 256.93 |
| State Tax - OH | 23.18 | 197.09 |
| City - WOSWI | 17.59 | 136.73 |
| | Total: 136.90 | 1,337.91 |

## Employer Paid Benefits 1 item

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.57 | 3.42 |
| Total: | 0.57 | 3.42 |

## Withholding 3 items

Turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

## Payment Information 1 item

Turn off the new tables view

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank ******1201 | ******1201 | 1,119.63 | USD |

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|------|--------------|----------------|------------------------------|--------------------|
| | | Total: | 1,119.63 | |

y

Q Search

Get the Workday Mobile App
Your Organization ID: lowes

# Payslip  William Huet (001901218) 03/04/2022 (Regular) - Complete

( Previous Payslip )  ( Next Payslip )  ( Return to My Payslips )  ( Print Multiple Payslips )

Pay-slip1131_2022.pdf

I turn off the new tables view

X

**Welcome to the New Tables View**
Tables now have improved performance and accessibility.

⊕ Read More

### Company Information  1 item

I turn off the new tables view

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard Mooresville, NC 28117-8520 United States of America | +1 844 475 6937 |

### Payslip Information  1 item

I turn off the new tables view

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| William Huet | 001901218 | 02/19/2022 | 03/04/2022 | 03/11/2022 | |

### Current and YTD Totals  2 items

I turn off the new tables view

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.37 | 1,817.40 | 0.00 | 269.07 | 0.00 | 1,548.33 |
| YTD | 165.81 | 8,510.18 | 0.00 | 1,201.01 | 0.00 | 7,309.17 |

y

Turn off the new tables view

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Discretionary Bonus | | | | | 800.00 |
| Holiday | 02/26/2022 03/04/2022 | 16.00 | 22.20 | 355.20 | 355.20 |
| Regular | 02/19/2022 03/04/2022 | 44.37 | 22.20 | 985.02 | 3,683.00 |
| Winning Together | 10/30/2021 01/28/2022 | 0.00 | 0.00 | 121.98 | 121.98 |
| STD | | | | | 3,196.80 |
| Vacation | 02/19/2022 02/25/2022 | 16.00 | 22.20 | 355.20 | 355.20 |
| | | | Total: | 1,817.40 | 8,510.18 |

Turn off the new tables view

Employee Taxes 5 items

| Description | Amount | YTD |
|---|---|---|
| OASDI | 112.68 | 527.63 |
| Medicare | 26.35 | 123.40 |
| Federal Withholding | 63.69 | 256.93 |
| State Tax - OH | 40.91 | 173.91 |
| City - WDSWT | 25.44 | 119.14 |
| Total: | 269.07 | 1201.01 |

Employee Paid Benefits 1 item

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.57 | 2.85 |
| Total: | 0.57 | 2.85 |

Withholding 3 items

Turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

Payment Information 1 item

Turn off the new tables view

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank ******1201 | ******1201 | 1,548.33 | USD |
| | | Total | 1,548.33 | |

y

'n - Workday

## Payslip   William Huet (0019012181), 03/04/2022 (Regular - On Demand Payment Additional) - Complete

Q Search

[ Previous Payslip ]  [ Next Payslip ]  [ Return to My Payslips ]  [ Print Multiple Payslips ]

Payslip 01_Cal_2021.pdf

Turn off the new tables view

### Company Information 1 item

| Name | Address | Phone |
| --- | --- | --- |
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard Mooresville, NC 28117-8520 United States of America | +1 844 475 6937 |

**Welcome to the New Tables View**
Tables now have improved performance and accessibility
⊕ Read More

Turn off the new tables view

### Payslip Information 1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| --- | --- | --- | --- | --- | --- |
| William Huet | 0019012181 | 02/19/2022 | 03/04/2022 | 03/04/2022 | |

Turn off the new tables view

### Current and YTD Totals 2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- | --- |
| Current | 0.00 | 800.00 | 0.00 | 276.40 | 0.00 | 523.60 |
| YTD | 121.44 | 6,692.78 | 0.00 | 931.94 | 0.00 | 5,760.84 |

Payslip - Workday

Turn off the new tables view.

**Earnings** 3 items

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Discretionary Bonus | 02/19/2022–03/04/2022 | 0.00 | 0.00 | 800.00 | 800.00 |
| Regular | | | | | 2,695.98 |
| STD | | | | | 3,196.80 |
| Total | | | | 800.00 | 6,692.78 |

**Employee Taxes** 5 items

| Description | Amount | YTD |
|---|---|---|
| OASDI | 49.60 | 414.95 |
| Medicare | 11.60 | 9/05 |
| Federal Withholding | 176.00 | 193.24 |
| State Tax - OH | 28.00 | 133.00 |
| City - WQSWT | 11.20 | 93.70 |
| Total | 276.40 | 931.94 |

**Employee Paid Benefits** 1 item

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | | 2.28 |
| Total | | 2.28 |

**Withholding** 1 item

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

**Payment Information** 1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank *****1201 | *****1201 | 523.60 | USD |
| Total | | | 523.60 | |

Lowe's

Q Search

## Payslip   William Huet (0019012018), 02/18/2022 (Regular) - Complete

Previous Payslip | Next Payslip | Return to My Payslips | Print Multiple Payslips

Payslip 02_18_22.pdf

Get the Workday Mobile App
Your Organization is lowes

Turn off the new tables view

**Welcome to the New Tables View**
Tables now have improved performance and accessibility
◇ Read More

✕

### Company Information  1 item

| Name | Address | Phone |
|------|---------|-------|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>United States of America | +1 844 475 6937 |

Turn off the new tables view

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| William Huet | 0019012018 | 02/05/2022 | 02/18/2022 | 02/25/2022 | |

Turn off the new tables view

### Current and YTD Totals  2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|-----------------|---------------------|---------|
| Current | 64.21 | 1,425.47 | 0.00 | 167.11 | 0.00 | 1,258.36 |
| YTD | 121.44 | 5,892.78 | 0.00 | 655.54 | 0.00 | 5,237.24 |

## Earnings 2 items

Turn off the new tables view

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 02/05/2022 - 02/18/2022 | 64.21 | 22.20 | 1,425.47 | 2,695.98 |
| SID | | | | | 3,196.80 |
| | | | Total: | 1,425.47 | 5,892.78 |

## Employee Paid Benefits 1 item

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.57 | 2.28 |
| Total: | 0.57 | 2.28 |

## Employee Taxes 5 items

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| OASDI | 88.38 | 363.35 |
| Medicare | 20.67 | 85.45 |
| Federal Withholding | 9.85 | 17.24 |
| State Tax - OH | 28.25 | 105.00 |
| City - W0SWT | 19.96 | 82.50 |
| Total: | 167.11 | 655.54 |

## Withholding 3 items

Turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

## Payment Information 1 item

Turn off the new tables view

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank ******1201 | ******1201 | 1,258.36 | USD |
| | | Total: | 1,258.36 | |



Get the Workday Mobile App
Your Organization ID: lowes

## Payslip  William Huet (0019012181), 02/04/2022 (Regular) - Complete

Payslip12_15_2.pdf

| Previous Payslip | Next Payslip | Return to My Payslips | Print Multiple Payslips |

Turn off the new tables view

**Welcome to the New Tables View**

Tables now have improved performance and accessibility

◇ Read More

### Company Information 1 item

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>United States of America | +1 844 475 6937 |

Turn off the new tables view

### Payslip Information 1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| William Huet | 0019012181 | 01/22/2022 | 02/04/2022 | 02/11/2022 | |

Turn off the new tables view

### Current and YTD Totals 2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 39.10 | 1,400.82 | 0.00 | 161.68 | 0.00 | 1,239.14 |
| YTD | 57.23 | 4,467.31 | 0.00 | 488.43 | 0.00 | 3,978.88 |

# Payslip - Workday

https://wd5.myworkday.com/lowes/d/inst/1320$27606070/rel-task/...

## Earnings 2 items

I turn off the new tables view

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 01/29/2022 - 02/04/2022 | 39.10 | 22.20 | 868.02 | 1,270.51 |
| STD | 01/22/2022 - 02/04/2022 | 0.50 | 22.20 | 532.80 | 3,196.80 |
| | | | Total: | 1,400.82 | 4,467.31 |

## Employee Taxes 5 items

I turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| OASDI | 86.85 | 276.97 |
| Medicare | 20.32 | 64.78 |
| Federal Withholding | 7.39 | 7.39 |
| State Tax - OH | 27.51 | 76.75 |
| City - WOSWI | 19.61 | 62.54 |
| Total: | 161.68 | 488.43 |

## Employer Paid Benefits 1 item

I turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.57 | 1.71 |
| Total: | 0.57 | 1.71 |

## Withholding 3 items

I turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

## Payment Information 1 item

I turn off the new tables view

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank | ******1201 | 1,239.14 | USD |
| | | Total: | 1,239.14 | |

3/25/22, 06:26

2 of 2

LOWE'S

Q Search

Get the Workday Mobile App
Your Organization ID: lowes

# Payslip   William Huet (00190121B) 01/21/2022 (Regular) - Complete

Previous Payslip    Next Payslip    Return to My Payslips    Print Multiple Payslips

Payslip 01_xls_xls.pdf

**Welcome to the New Tables View**
Tables now have improved performance and accessibility
Read More

Turn off the new tables view

## Company Information 1 item

| Name | Address | Phone |
|------|---------|-------|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>United States of America | +1 844 475 6937 |

## Payslip Information 1 item

Turn off the new tables view

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| William Huet | 00190121B | 01/08/2022 | 01/21/2022 | 01/26/2022 | |

## Current and YTD Totals 2 items

Turn off the new tables view

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 18.13 | 706.95 | 0.00 | 71.47 | 0.00 | 635.48 |
| YTD | 18.13 | 3,066.49 | 0.00 | 326.75 | 0.00 | 2,739.74 |

**Earnings** 24 items

Turn off the new tables view

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 01/08/2022 - 01/14/2022 | 18.13 | 22.20 | 402.49 | 492.49 |
| SID | 01/08/2022 - 01/21/2022 | 0.00 | 22.20 | 394.46 | 2,664.00 |
| | | | Total | 706.95 | 3,066.49 |

**Employee Taxes** 3 items

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| OASDI | 43.83 | 190.72 |
| Medicare | 10.25 | 44.46 |
| State tax - OH | 7.49 | 49.24 |
| City - WDSWT | 9.90 | 42.93 |
| Total | 71.47 | 326.75 |

**Employee Paid Benefits** 1 item

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.57 | 1.14 |
| Total | 0.57 | 1.14 |

**Withholding** 3 items

Turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

**Payment Information** 1 item

Turn off the new tables view

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank *****1201 | *****1201 | 635.48 | USD |
| | | Total | 635.48 | |

3/25/22, 06:26

**Lowe's**

## Payslip   William Huet (001901218), 01/21/2022 (Regular - On Demand Payment Additional) - Complete

| Previous Payslip | Next Payslip | Return to My Payslips | Print Payslip Image | Print Multiple Payslips |

Get the Workday Mobile App
Your Organization ID: lowes

Turn off the new tables view

**Welcome to the New Tables View**
Tables now have improved performance and accessibility

⊕ Read More

×

### Company Information 1 item

| Name | Address | Phone |
| --- | --- | --- |
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>United States of America | +1 844-475-6937 |

### Payslip Information 1 item

| Name | Pay Period Begin | Pay Period End | Check Date | Check Number |
| --- | --- | --- | --- | --- |
| William Huet | 01/08/2022 | 01/21/2022 | 01/13/2022 | |

### Current and YTD Totals 2 items

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | 2,359.54 | 0.00 | 255.28 | 0.00 | 2,104.26 |
| YTD | 2,359.54 | 0.00 | 255.28 | 0.00 | 2,104.26 |

### Earnings 1 item

| Description | Dates | Hours | Rate | Amount | YTD |
| --- | --- | --- | --- | --- | --- |
| STD | 01/08/2022 - 01/21/2022 | 0.00 | 22.20 | 2,359.54 | 2,359.54 |
| | | Total | | 2,359.54 | 2,359.54 |

### Employee Taxes 4 items

| Description | Amount | YTD |
| --- | --- | --- |
| OASDI | 146.29 | 146.29 |
| Medicare | 34.21 | 34.21 |
| State Tax - OH | 41.75 | 41.75 |
| City - W050WI | 33.03 | 33.03 |
| Total | 255.28 | |

**Employer Paid Benefits** 1 item

I turn off the new tables view

| Description | YTD |
|---|---|
| Basic Life IM | 0.57 |
| Total: | 0.57 |

**Withholding** 3 items

I turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

**Payment Information** 1 item

I turn off the new tables view

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank ••••••1201 | ••••••1201 | 2,104.26 | USD |
| | | Total: | 2,104.26 | |

Payslip · Workday

**Lowe's**

## Payslip William Huet (001901218) 01/07/2022 (Regular) · Complete

Q Search

| Previous Payslip | Next Payslip | Return to My Payslips | Print Multiple Payslips |

Payslip 01_07_2022.pdf

Get the Workday Mobile App
Your Organization ID: lowes

**Welcome to the New Tables View**
Tables now have improved performance
and accessibility.
⊘ Read More

✕

### Company Information 1 item

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117 / 8520<br>United States of America | +1 844 475 6937 |

Turn off the new tables view

### Payslip Information 1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| William Huet | 001901218 | 12/25/2021 | 01/07/2022 | 01/14/2022 | |

Turn off the new tables view

### Current and YTD Totals 2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Turn off the new tables view

### Employer Paid Benefits 1 item

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.57 | 0.57 |
| Total: | | 0.57 |

3/25/22, 06:30

1 of 2

## Withholding 1 item

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

## Payment Information 1 item

| Bank | Account Name | Account Number | Pay Group Currency |
|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank ******1201 | ******1201 | USD |

Q Search

Get the Workday Mobile App
Your Organization ID: lowes

# Payslip    William Huet (00190121B) 12/24/2021 (Regular) - Complete

📄 Payslip 12-24-2021.pdf

Previous Payslip | Next Payslip | Return to My Payslips | Print Multiple Payslips

Turn off the new tables view

**Welcome to the New Tables View**
Tables now have improved performance
and accessibility
⊕ Read More

## Company Information 1 item

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>United States of America | +1 844 475 6937 |

Turn off the new tables view

## Payslip Information 1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| William Huet | 00190121B | 12/11/2021 | 12/24/2021 | 12/31/2021 | |

Turn off the new tables view

## Current and YTD Totals 2 items

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 82.37 | 0.00 | 7.46 | 0.00 | 74.91 |
| YTD | 1,461.16 | 39,859.05 | 0.00 | 5,595.02 | 0.00 | 34,264.03 |

## Earnings 9 items

Turn off the new tables view

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Discretionary Bonus | | | | | 390.00 |
| HOLI xed | | | | | 177.60 |
| Holiday | | | | | 882.78 |
| Overtime | | | | | 4.48 |
| Special Incentive | | | | | 420.00 |
| Regular | | | | | 32,193.39 |
| Winning Together | | | | | 2,020.00 |
| Sick Pay | 12/11/2021 12/17/2021 | 3.71 | 22.20 | 82.37 | 862.49 |
| Vacation | | | | | 2,998.31 |
| | | | Total: | 82.37 | 39,859.05 |

## Employee Taxes 5 items

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| OASDI | 5.11 | 2,471.26 |
| Medicare | 1.20 | 577.96 |
| Federal Withholding | | 1,125.38 |
| State Tax - OH | | 862.39 |
| City - WOSWT | 1.15 | 558.03 |
| Total: | 7.46 | 5,595.02 |

## Employer Paid Benefits 1 item

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.59 | 15.34 |
| Total: | 0.59 | 15.34 |

## Withholding 3 items

Turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

## Payment Information 1 item

Turn off the new tables view

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|------|-------------|----------------|------------------------------|-------------------|
| The Huntington National Bank | The Huntington National Bank ******1201 | ******1201 | 74.91 | USD |
| | | Total: | 74.91 | |

Q Search

Get the Workday Mobile App
Your Organization ID: lowes

# Payslip   William Huet (0019012181) 12/10/2021 (Regular) - Complete

[ Previous Payslip ]  [ Next Payslip ]  [ Return to My Payslips ]  [ Print Multiple Payslips ]

Payslip 12/11/2021.pdf

Welcome to the New Tables View
Tables now have improved performance and accessibility
⊘ Read More

×

## Company Information 1 item

Turn off the new tables view

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1000 Lowe's Boulevard<br>Mooresville, NC 28117-8520<br>United States of America | +1 844-475-6937 |

## Payslip Information 1 item

Turn off the new tables view

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| William Huet | 0019012181 | 11/27/2021 | 12/10/2021 | 12/17/2021 | |

## Current and YTD Totals 2 items

Turn off the new tables view

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 15.90 | 1,773.78 | 0.00 | 247.67 | 0.00 | 1,526.11 |
| YTD | 1,461.16 | 39,776.68 | 0.00 | 5,587.56 | 0.00 | 34,189.12 |

**Earnings** 9 items

Turn off the new tables view

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Discretionary Bonus | | | | | |
| HOL Fixed | | | | | 300.00 |
| | | | | | 177.60 |
| Holiday | 11/27/2021 12/03/2021 | 24.00 | 22.20 | 532.80 | 882.78 |
| Overtime | | | | | 4.48 |
| Special Incentive | | | | | 420.00 |
| Regular | 11/27/2021 12/03/2021 | 15.90 | 22.20 | 352.98 | 32,193.39 |
| Winning Together | | | | | 2,020.00 |
| Sick Pay | | | | | 780.12 |
| Vacation | 12/04/2021 12/10/2021 | 40.00 | 22.20 | 888.00 | 2,998.31 |
| | | | Total: | 1,773.78 | 39,776.68 |

**Employee Taxes** 5 items

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| OASDI | 109.97 | 2,466.15 |
| Medicare | 25.72 | 576.76 |
| Federal Withholding | 47.76 | 1,125.38 |
| State Tax - OH | 39.39 | 862.39 |
| City - WDSWT | 24.83 | 556.88 |
| Total: | 247.67 | 5,587.56 |

**Employee Paid Benefits** 1 item

Turn off the new tables view

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.59 | 14.75 |
| Total: | 0.59 | 14.75 |

**Withholding** 3 items

Turn off the new tables view

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 5 | 4 |
| Additional Withholding | 0 | 0 |

**Payment Information** 1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| The Huntington National Bank | The Huntington National Bank ******1201 | ******1201 | 1,526.11 | USD |
| | | Total: | 1,526.11 | |