UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | CASE NO. 22-50763-AMK |
|---|---|---|
| | ) | |
| WILLIAM J. HUET | ) | CHAPTER 7 |
| LISA J. HUET | ) | |
| | ) | JUDGE Alan M. Koschik |
| Debtors | ) | |

**TRUSTEE'S NOTICE OF INTENT TO PROCEED WITH 341 MEETING OF CREDITORS TELEPHONICALLY AND PROCEDURES REGARDING SAME**

PLEASE TAKE NOTICE that the Trustee intends to proceed telephonically with the Meeting of Creditors provided under 11 U.S.C. § 341 in the above captioned case on the following scheduled date and time:

Date: September 9, 2022

Time: 12:00 PM

PLEASE TAKE FURTHER NOTICE that the dial-in number for the telephonic Meeting of Creditors will be **1-877-937-3216.** To join the telephonic Meeting on the above date and time, each participant must use a touch tone phone and dial the above access number. At the prompt, all participants must enter the **passcode 9180173 followed by the # sign.**

PLEASE TAKE FURTHER NOTICE that the telephonic Meeting of Creditors will be electronically recorded. To ensure the quality of the record, please be sure to limit any background noise. Participants must be able to hear all parties for the entirety of the call. Accordingly, please mute your phone and do not speak until your case is called (other Meetings of Creditors may be in session when you call in). Un-mute your phone when your case is called. When speaking, please be sure to identify yourself. Do not put the phone on hold at any time after the call is connected. Once your Meeting of Creditors is finished, please hang up. If you

become disconnected before your Meeting of Creditors is finished, call back.

PLEASE TAKE FURTHER NOTICE that the following information must be submitted to the Trustee no later than **4:00 p.m. the day before the above meeting date**:

- photo identification for the Debtor(s)
- evidence of the social security number for the Debtor(s)
- a scan or copy of the Debtor(s)' original signature on the petition, declaration of schedules, and statement of financial affairs

The above information must be sent using the Blue Stylus – Trustee Collaborative system or by email to akrontr@suharlaw.com or by fax to (330) 744-5857.

PLEASE TAKE FURTHER NOTICE that failure to comply with the above procedures shall be deemed a failure to appear at the 341 Meeting of Creditors.

/s/ Melissa M. Macejko
Melissa M. Macejko
Chapter 7 Trustee
P.O. Box 266
Cuyahoga Falls, OH 44222
Telephone: (330) 744-9007 ext. 6
Email: akrontr@suharlaw.com

Cc: all entities and individuals who are listed on the Court's Electronic Mail Notice List